# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

John A. Wilson

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Captain Leslie
Officer Rivera
Tactical team of 47th
Precinct

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

2023 DEC 19 PM 12: 56

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

John            Anthony            Wilson
First Name      Middle Initial     Last Name

2H1 - 23 - 02 - 335   Din #

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Rikers Island 11-11 Hazen St East Elmhurst

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)   NY 11370

_____
Current Place of Detention

_____
Institutional Address

_____
County, City                    State                    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Rivera
Last Name: unknown
Shield #: 
Current Job Title (or other identifying information): Police officer at the 47th Precinct
Current Work Address: 230th & Laconia Ave (Edenwald)
County, City: Bronx
State: NY
Zip Code: 10466

**Defendant 2:**
First Name: Capt Leslie
Last Name: unknown
Shield #: 
Current Job Title (or other identifying information): Captain at the 47th Precinct
Current Work Address: 230th & Laconia Ave (Edenwald)
County, City: Bronx
State: NY
Zip Code: 10466

**Defendant 3:**
First Name: The special tactical unit (All)
Last Name: 
Shield #: 
Current Job Title (or other identifying information): Police officers with the 47th Precinct
Current Work Address: 230th & Laconia Ave (Edenwald)
County, City: Bronx
State: NY
Zip Code: 10466

**Defendant 4:**
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 47th precint Bronx ny 10466

Date(s) of occurrence: 10-15-2023 — 10-17-2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was kept in the precint for 80 hours before seeing the Judge. then on top of that I spent another 5 hours in the van waiting to see the Judge cramped up I was wrongfully convicted of a crime I didn't do. then on top of that I was denied food and water for countless of hours and they kept me in a over heated cell with no air. I suffer was a Asmah and I was over heated and I started to have a panic attack. I take mental health medications. they had to take me to the hospital. they took me to treatment and then back to the same cell this time only to get sprayed by the tactical team they banged my head for no reason at all and they wouldn't let me call my family knowing that I was being violated, they just ignored me the whole time

my arresting officer (Rivera) ignored me as well while his captain allowed it to go on

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was wrestled to the ground by the tactical team, my head was banged on the metal bench in the cell. Then they hosed me down with water destroying all of my clothes just to get in the cell.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I am requesting compensation for being violated because the NYPD does what they want to do to who they choose and clearly my rights was violated. They think they are above the law clearly. I ask for $200,000 for what I went through that should be nothing, nobody should have to go through that ever.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 11-17-2023

Plaintiff's Signature: John A. Wilson

First Name: John     Middle Initial: A     Last Name: Wilson

Prison Address: 11-11 Hazen St, East Elmhurst, NY 11370

County, City: Queens     State: NY     Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 11-17-2023

John Wilson D/in # 241-23-02-335
11-11 Hazen St
East Elmhurst NY 11370

NEW YORK NY 100
15 DEC 2023 PM 9

To: Pro Se Intake unit
500 Pearl Street
New York, NY 10007