UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOHN A. WILSON,
                              Plaintiff,

                -against-

CAPTAIN LESLIE, et al.,
                             Defendants.
------------------------------------------------------------X

23 Civ. 11063 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for March 20, 2024. It is hereby

**ORDERED** that the initial pre-trial conference is adjourned to **May 1, 2024, at 4:20 P.M.** Per the January 11, 2024, Order at Dkt. 6, no later than fourteen days before the initial pre-trial conference, the parties are directed to confer and jointly file a proposed case management plan and letter as described in that Order.

As Plaintiff is now housed at the Attica Correctional Facility, the Clerk of Court is respectfully directed to update Plaintiff's address on ECF to Attica Correctional Facility, 639 Exchange St., Attica, NY, 14011. The Clerk of Court is respectfully directed to mail a copy of this Order, as well as the Orders at Dkt. Nos. 4, 6 and 7, to Plaintiff at the Attica address.

Dated: February 28, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE