```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN A. WILSON,                                             :
                                    Plaintiff,              :
                                                            :       23 Civ. 11063 (LGS)
                -against-                                   :
                                                            :              ORDER
CAPTAIN LESLIE, et al.,                                     :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 9, 2024, Defendant City of New York filed a status letter identifying the names and service addresses of the John Doe Defendants and the shield numbers of all but one of these Defendants. It is hereby

**ORDERED** that to allow Plaintiff to effect service on Defendants Michael Kenny, Justin Hoff, Michael Sambrato, Theo Roussos and Brian Faught through the U.S. Marshal Service, the Clerk of Court is directed to fill out a U.S. Marshals Service Process Receipt and Return form for these Defendants. It is further

**ORDERED** that the Clerk of Court is directed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants Kenny, Hoff, Sambrato, Roussos and Faught.

Defendants and Service Addresses are as follows:

1. Sergeant Michael Kenny, Shield No. 2984, NYPD, Emergency Service Squad 3, 900 Fteley Avenue, Bronx New York 10472;

2. Detective Justin Hoff, Shield No. 3582, NYPD, Emergency Service Squad 5, 2320 Hylan Boulevard, Staten Island New York 10306;

3. Police Officer Michael Sambrato, Shield No. 6414, NYPD, Emergency Service Squad 4,

   3450 Kingsbridge Avenue, Bronx New York 10463;

4. Sergeant Theo Roussos, Shield No. 2632, NYPD, Transit Bureau District 12, 460 Morris Park Avenue, Bronx New York 10460;

5. Police Officer Brian Faught, NYPD, Emergency Service Squad 3, 900 Fteley Avenue, Bronx New York 10472;

   Counsel for Defendant City shall notify pro se Plaintiff about this Order as soon as possible. The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff, together with an information package.

Dated: April 10, 2024
       New York, New York

                                             _____
                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**

2