UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN A. WILSON,
                      Plaintiff,

-against-
                                            23 Civ. 11063 (LGS)

CAPTAIN LESLIE, et al.,
                                            ORDER

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial conference was held on May 15, 2024. As discussed at the conference, it is hereby

      **ORDERED** that Defendants shall provide Plaintiff with all relevant documents and any video regarding Plaintiff's arrest or the incident that is the subject of the Complaint, and any medical records related to his injury. It is further

      **ORDERED** that by **May 29, 2024**, Plaintiff shall file an amended complaint naming as Defendants those persons identified in the Court's Order dated May 10, 2024, and describing the details of each person's conduct that is alleged to be unlawful. The newly named individual Defendants shall notify the Court by **June 7, 2024,** whether they consent to waive service. It is further

      **ORDERED** that Defendants' deadline to answer the complaint is adjourned sine die pending Plaintiff's filing of an amended complaint. It is further

      **ORDERED** that the parties shall confer to arrange for Plaintiff's signing of a release for Plaintiff's medical records.

      The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff.

Dated: May 16, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE