UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN A. WILSON,
                                Plaintiff,

                    -against-

CAPTAIN LESLIE, et al.,
                              Defendants.
------------------------------------------------------------X

23 Civ. 11063 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 9, 2024, Defendant City of New York filed a status letter identifying the names and service addresses of the John Doe Defendants and the shield numbers of all but one of these Defendants.

      WHEREAS, on May 24, 2024, Defendant City of New York filed a status letter identifying the names and service addresses of three additional John Doe Defendants, the shield numbers of all but one of these Defendants and the service addresses of all but two of these Defendants.  Defendant City of New York clarified that after discussion with Plaintiff and during the conference before the Court, Defendant better understood the allegations and which John Doe Defendants Plaintiff sought to sue.  It is hereby

      **ORDERED** that by **June 12, 2024**, Plaintiff shall file an amended complaint naming as Defendants those persons identified in Defendant City of New York's letter dated May 24, 2024, and describing the details of each person's conduct that is alleged to be unlawful.  This replaces the need for Plaintiff to file an amended complaint by May 29, 2024.  The newly named individual Defendants shall notify the Court by **June 7, 2024,** whether they consent to waive service.  It is further

**ORDERED** that Counsel for Defendant City shall notify pro se Plaintiff about this Order as soon as possible.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: May 28, 2024
   New York, New York

                    LORNA G. SCHOFIELD
                 UNITED STATES DISTRICT JUDGE