UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOHN A. WILSON,
                             Plaintiff,

               -against-                         23 Civ. 11063 (LGS)

                                              ORDER
CAPTAIN LESLIE, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated May 28, 2024, Plaintiff was required to file an amended complaint naming as Defendants those persons identified in Defendant City of New York's letter dated May 24, 2024, and describing the details of each person's conduct that is alleged to be unlawful.

    WHEREAS, Plaintiff has not filed an amended complaint.  It is hereby

    **ORDERED** that by **July 25, 2024**, Plaintiff shall file the amended complaint.  Failure to comply with this Order may result in dismissal of the case without prejudice for failure to prosecute.  It is further

    **ORDERED** that Counsel for Defendant City shall notify pro se Plaintiff about this Order as soon as possible.

    The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff.

Dated: June 25, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE