UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN A. WILSON,
                        Plaintiff,

             -against-

CAPTAIN LESLIE, et al.,
                       Defendants.
-------------------------------------------------------------X

23 Civ. 11063 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated June 25, 2024, Plaintiff was required to file by July 25, 2024, an amended complaint naming as Defendants those persons identified in Defendant City of New York's letter dated May 24, 2024, and describing the details of each person's conduct that is alleged to be unlawful.

    WHEREAS, the Court is now aware that Plaintiff was transferred to state custody at Attica Correctional Facility (Din #24B0071) on June 27, 2024.  It is hereby

    **ORDERED** that by **July 31, 2024**, Plaintiff shall file the amended complaint.  Failure to comply with this Order may result in dismissal of the case without prejudice for failure to prosecute.  It is further

    **ORDERED** that Counsel for Defendant City shall notify pro se Plaintiff about this Order as soon as possible.

    The Clerk of Court is directed to mail a copy of this Order and the Order at Dkt. 36 to pro se Plaintiff at Attica Correctional Facility, 639 Exchange Street, Attica, New York 14011.

Dated: July 2, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE